UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| AMANDA BOARDMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>GREEN DOT CORPORATION<br><br>      Defendant. | Case No.: 3:21-cv-00174-FDW-DSC<br><br>Hon. Judge Frank D. Whitney<br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

Plaintiff Amanda Boardman hereby notifies the Court that the parties have executed a Term Sheet following mediation yesterday outlining a class-wide settlement of the litigated claims in this case, subject to execution of a definitive agreement and Court approval. The parties are presently drafting a written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a Motion for Preliminary Approval by June 10, 2022.

Based on the foregoing, the Parties respectfully request that all current deadlines be suspended and rulings on all pending motions be held in abeyance, pending the filing of the proposed Settlement Agreement.

Date: May 18, 2022

Respectfully submitted,

| | |
|---|---|
| Ignacio Hiraldo, Esq.<br>IJhiraldo@Hiraldolaw.com<br>**IJH Law**<br>1200 Brickell Ave.<br>Suite 1950<br>Miami, FL 33131<br>E: IJhiraldo@IJhlaw.com<br>T: 786-496-4469<br>*Pro Hac Vice* | */s/ Manuel S. Hiraldo*<br>Manuel S. Hiraldo, Esq.<br>**HIRALDO P.A.**<br>Florida Bar No. 030380<br>401 E. Las Olas Blvd., Suite 1400<br>Fort Lauderdale, FL 33301<br>t. 954-400-4713<br>e. mhiraldo@hiraldolaw.com<br>*Pro Hac Vice* |
| */s/ David M. Wilkerson*<br>David M. Wilkerson, Esq.<br>NC State Bar No. 35742<br>The Van Winkle Law Firm<br>11 N. Market Street<br>Asheville, North Carolina 28801<br>(828)258-299 (phone)<br>(828)257-2767 (fax)<br>dwilkerson@vwlawfirm.com | |

*Attorneys for Plaintiff and the Proposed Class*