# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

AMANDA BOARDMAN, individually and on behalf of all others similarly situated,

                          Plaintiff,

    v.

GREEN DOT CORPORATION

                          Defendant.

CASE NO. 3:21-cv-00174-FDW-DSC

**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

       Plaintiff Amanda Boardman ("Plaintiff"), through the undersigned, hereby move for entry of an Order granting Preliminary Approval of a Proposed Settlement embodied in a Settlement Agreement, attached as Exhibit A to the Memorandum filed contemporaneously herewith. The Court's approval of the proposed settlement is warranted for the reasons fully stated in said Memorandum.

       The Plaintiff respectfully requests that said Order include the following: (1) conditionally certify the Settlement Class, (2) appoint Amanda Boardman as Class Representative, (3) appoint Class Counsel, (4) preliminarily approve the Settlement, (5) approve the Notice Program and direct that Notice be provided to the Settlement Class Members, (6) approve and order the exclusion and objection procedures set forth in the Agreement, (7) stay all deadlines in the Action pending Final Approval of the Settlement, and (8) set a date for a Final Approval Hearing.

Dated: June 15, 2022

Respectfully Submitted,

          *s/ David Wilkerson*
          Larry McDevitt
          N.C. State Bar No. 5032
          David Wilkerson
          N.C. State Bar No. 35742
          **THE VAN WINKLE LAW FIRM**
          11 North Market Street
          Asheville, NC 28801
          (828) 258-2991
          lmcdevitt@vwlawfirm.com
          dwilkerson@vwlawfirm.com

          By: *s/ Ignacio Hiraldo*
          Ignacio Hiraldo, Esq.
          **IJH Law**
          1200 Brickell Ave.
          Suite 1950
          Miami, FL 33131
          E: IJhiraldo@IJhlaw.com
          T: 786-496-4469
          *Pro Hac Vice*

          By: */s/ Manuel S. Hiraldo*
          Manuel S. Hiraldo, Esq.
          **HIRALDO P.A.**
          Florida Bar No. 030380
          401 E. Las Olas Blvd., Suite 1400
          Fort Lauderdale, FL 33301
          T: 954-400-4713
          E: mhiraldo@hiraldolaw.com
          *Pro Hac Vice*

          By: */s/ Michael Eisenband*
          Michael Eisenband, Esq.
          **EISENBAND LAW P.A.**
          Florida Bar No. 94235
          515 E. Las Olas Blvd., Suite 120
          Fort Lauderdale, FL 33301
          T: 954-533-4092
          E: MEisenband@Eisenbandlaw.com

*Pro Hac Vice*

**Attorneys for Plaintiff and the Putative Class**