UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00174-FDW-DSC

| | |
|---|---|
| AMANDA BOARDMAN *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> GREEN DOT CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) **NOTICE OF HEARING** |

TAKE NOTICE that the final approval hearing in this matter currently scheduled before the undersigned on October 20, 2022, at 2:00 p.m. is hereby RESCHEDULED to Thursday, October 27, 2022, at 1:45 p.m.

IT IS SO ORDERED.

Signed: August 22, 2022

_____
Frank D. Whitney
United States District Judge